RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Christopher Biggers

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER BIGGERS,<br><br>        Defendant. | Case No. 2:21-mj-00774-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Christopher Biggers, that the Preliminary Hearing currently scheduled on March 7, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Parties expect a pre-indictment resolution and need additional time to finalize.
2. Defendant is incarcerated and does not object to a continuance
3. Parties agree to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted, and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the fourth request for continuance filed herein.

DATED this 3rd day of February 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BIGGERS,<br><br>　　　　Defendant. | Case No. 2:21-mj-00774-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 7, 2022 at the hour of 4:00 p.m., be vacated and continued to May 6, 2022 at the hour of 4:00 p.m., in Courtroom 3C.

DATED this 3rd day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE